ROSE M. COLLIGAN, as Administratrix, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.—Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

WILLIAM DUKE, Respondent, v. JAMES C. FARGO, as President, etc., Appellant. WILLIAM GLYNN, Respondent, v. JAMES C. FARGO, as President, etc., Appellant.—Motions denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

MINNIE GROSSMAN, an Infant, etc., Appellant, v. JACOB FISHER and Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

WILLIAM GUGGENHEIM, Respondent, v. ISAAC GUGGENHEIM and Others, Appellants. — Without passing upon the merits of the questions of law in this case the motion is denied, without costs, upon the ground that the defendants have committed themselves to the trial of the action at the June term of the court in Nassau county. Thomas, Stapleton and Putnam, JJ., concurred; Jenks, P. J., and Mills, J., dissented.

FRANCIS S. HUTCHINS, Plaintiff, v. JOHN H. PARKS, Defendant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application of the COMMISSIONERS OF THE PALISADES INTERSTATE PARK, for the Condemnation of Certain Lands Situated in the County of Rockland. HAVERSTRAW CRUSHED STONE COMPANY.— Motion denied. Present — Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION, etc., for the Appointment of Three Commissioners, etc. BUSHWICK STATION—EAST NEW YORK ROUTE (Route No. 59).— Order confirmed, and allowance for commissioners determined. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

DAVID KLEIN, etc., Plaintiff, v. PETER MARAVELAS, Defendant.— Motion granted and order signed. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

HARRY KATZENELENSEN, an Infant, etc., Respondent, v. JULIUS BRODY, Appellant.— Motion denied on condition that defendant make and serve his proposed case on or before the 1st day of July, 1916.— Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ. ·